IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CODY YOUNG,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL, Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | CV 21–67–M–DLC<br><br><br>ORDER |

　　　　This matter comes before the Court on Plaintiff's Application to Proceed In Forma Pauperis. (Doc. 1.) Because it appears from a review of Plaintiff's application that he lacks sufficient funds to prosecute this action,

　　　　IT IS ORDERED that Plaintiff's Application to Proceed In Forma Pauperis (Doc. 1) is GRANTED. Plaintiff is granted leave to file his complaint without prepayment of the filing fee.

　　　　IT IS FURTHER ORDERED that:

　　　　(1)　Pursuant to Fed. R. Civ. P. 4(d), the Court will ask Defendant to waive service of summons by executing, or having counsel execute, the attached Waiver of Service of Summons. **The Waiver must be returned to the Court within thirty (30) days of the entry date reflected on the Notice of Electronic**

1

**Filing of this Order.** If Defendant chooses to return the Waiver, an answer or appropriate motion will be due within 60 days of the entry date reflected on the Notice of Electronic Filing, pursuant to Fed. R. Civ. P. 12(a).

(2) The Clerk of Court shall forward this Order, a Notice of Lawsuit & Request to Waive Service of Summons, a Waiver of Service of Summons, and the Complaint to the following individuals:

> U.S. Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, D.C. 20530-0001
>
> Acting U.S. Attorney Leif M. Johnson
> 2601 Second Avenue North, Box 3200
> Billings, MT 59101
>
> Andrew M. Saul
> Commissioner Social Security Administration
> 6401 Security Blvd.
> Baltimore, MD 21235-0001

DATED this 21st day of June, 2021.

_____
Dana L. Christensen, District Judge
United States District Court