IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CODY YOUNG, | CV 21–67–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Before the Court is Defendant's Stipulated Motion to Remand. (Doc. 10.) Defendant has determined that Plaintiff timely appealed his notice of disability cessation, and the parties agree that the case should be remanded for further review pursuant to 42 U.S.C. § 405(g). (*Id.* at 2.) The parties also agree that Plaintiff will be entitled to reasonable attorney's fees as costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper presentation to the Court. (*Id.*)

Accordingly, IT IS ORDERED that the Motion (Doc. 10) is GRANTED. This case is REMANDED for further administrative proceedings. 42 U.S.C. § 405(g).

1

DATED this 8th day of October, 2021.

_____

Dana L. Christensen, District Judge
United States District Court