IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CODY YOUNG,<br><br>          Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>          Defendant. | CV 21–67–M–DLC<br><br><br>ORDER |

Before the Court is Petitioner Cody Young's Application and Stipulation for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 13.)  The parties have stipulated to an award of attorneys' fees in the amount of $2,778.62 and agreed that the government will (1) determine whether this award is subject to any offset allowed under the United States Department of Treasury's Offset Program; (2) make fees payable to Plaintiff, but if Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Plaintiff's counsel Eric Rasmusson, pursuant to the assignment of EAJA fees executed by Plaintiff; and (3) deliver any payments to Plaintiff's counsel.  (*Id.* at 3–4.)

Accordingly, IT IS ORDERED that the application (Doc. 13) is GRANTED. Plaintiff Cody Young is awarded attorneys' fees under the Equal Access to Justice Act in the amount of $2,778.62, subject to the terms of the parties' stipulated agreement.

DATED this 20th day of December, 2021.

_____
Dana L. Christensen, District Judge
United States District Court